No. 73–1944.  FORD WHOLESALE CO., INC. *v.* FIBRE-
BOARD PAPER PRODUCTS CORP.  C. A. 9th Cir.  Certiorari
denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6302.  RECHTMAN *v.* UNITED STATES.  C. A.
5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would
grant certiorari.

No. 73–6365.  PAYNE *v.* UNITED STATES.  C. A. 4th
Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would
grant certiorari.

No. 73–6379.  LEGO *v.* UNITED STATES.  C. A. 9th
Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would
grant certiorari.

No. 73–6414.  BURNS *v.* UNITED STATES.  C. A. 2d Cir.
Certiorari denied.  MR. JUSTICE DOUGLAS would grant
certiorari.

No. 73–6425.  CHAMBERS *v.* DELANEY ET AL.  Ct. App.
Okla.  Certiorari denied.  MR. JUSTICE DOUGLAS would
grant certiorari.

No. 73–6428.  WHITFIELD *v.* WARDEN, MARYLAND
HOUSE OF CORRECTION.  C. A. 4th Cir.  Certiorari denied.
MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6445.  CUNNINGHAM *v.* UNITED STATES.  C. A.
5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would
grant certiorari.

No. 73–6545.  PAYNE *v.* UNITED STATES.  C. A. 4th
Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would
grant certiorari.

No. 73–6552.  PATTERSON *v.* UNITED STATES.  C. A.
5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS
would grant certiorari.